# Court of Appeals
# of the State of Georgia

ATLANTA,___June 03, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1441.  ERASTUS O. ABONG v. THE STATE.**

This appeal was docketed on April 8, 2014. As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file enumeration of errors and brief within 20 days of the date of docketing of the appeal.  Therefore, appellant's brief and enumeration of errors were due no later than April 28, 2014.  Appellant has neither filed a brief and enumeration of errors nor requested an extension of time in which to do so.

Accordingly, this appeal is hereby DISMISSED. See Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_06/03/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*